## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA BETTGER,** | : | **CIVIL ACTION NO. 1:13-CV-2030** |
| | : | |
| **Plaintiff,** | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **CROSSMARK, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 17th day of June, 2014, upon consideration of defendant's motion (Doc. 26) for summary judgment, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 26) for summary judgment is GRANTED in part and DENIED in part:

   a. Defendant's motion (Doc. 26) for summary judgment is GRANTED with respect to plaintiff's claim under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, for unpaid overtime compensation relating to Crossmark's commute policy.

   b. Defendant's motion (Doc. 26) for summary judgment is DENIED with respect to plaintiff's claim under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, for unpaid overtime compensation relating to the unreported hours plaintiff spent performing administrative tasks.

2. Defendant's motion (Doc. 34) *in limine* is GRANTED.

3.    The Clerk of Court is directed to defer entry of judgment until the close of the case.

4.    A revised scheduling order shall issue by separate order.


/S/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania