## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PATRICIA BETTGER,** | : | **CIVIL ACTION NO. 1:13-CV-2030** |
| | : | |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CROSSMARK, INC.,** | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 22nd day of January, 2015, upon consideration of the joint

motion (Doc. 52) for approval of settlement by plaintiff Patricia Bettger and

defendant Crossmark, Inc., and for the reasons set forth in the accompanying

memorandum, it is hereby ORDERED that:

1. The parties' motion (Doc. 52) is GRANTED in part and DENIED in part consistent with the court's memorandum and the following paragraphs.

2. The parties are directed to limit the scope of the release provisions in paragraphs 4.1, 4.2, and 5.2 of the agreement to waive only claims that fall within the ambit of the FLSA and the Equal Pay Act and arise from the facts of the instant litigation.

3. The parties shall file the modified agreement for the court's final review and approval on or before **February 6, 2015**.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania